
**GRANTED**

*Patrick Michael Duffy*
PATRICK MICHAEL DUFFY
United States District Judge

October 31, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Thomas Corey Payne, and Kayla Harris, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiffs, ) ) vs. ) ) Amazon.com, LLC, ) ) Defendant. ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES BY PHILLIP E. REEVES** <br><br> C.A. No.: 2:17-cv-2313-PMD |

YOU WILL PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.02, Phillip E. Reeves, attorney for the defendant, Amazon.com, LLC, respectfully requests protection from Court appearances in the above-referenced matter from Tuesday, November 28, 2017 through Tuesday, December 12, 2017, for travel outside of the country for a previously scheduled vacation.

Respectfully submitted,

s/Phillip E. Reeves
Phillip E. Reeves (Fed. ID No. 3232)
Gallivan, White & Boyd, P.A.
Post Office Box 10589
Greenville, South Carolina 29603
(864) 271-9580
preeves@gwblawfirm.com

Attorney for Defendant,
Amazon.com, LLC

Greenville, South Carolina

October 31, 2017